**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| <u>In re</u> | ) | **Chapter 11** |
| | ) | |
| **Energy & Exploration Partners, Inc., et al** | ) | **Case No 15-44931** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**STATEMENT OF FINANCIAL AFFAIRS FOR**

**Energy & Exploration Partners, Inc.**

**Case No: 15-44931**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

**Energy & Exploration Partners, Inc.**

**Case Number: 15-44931**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### General

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Energy and Exploration Partners Inc. ("ENXP") and its affiliated debtors and debtors in possession (collectively, the "Debtors") in these jointly administered chapter 11 cases (the "Chapter 11 Cases") pending in the United States Bankruptcy Court for the District of Northern Texas (the "Bankruptcy Court") were prepared, pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by management of the Debtors, with the assistance of the Debtors' court-appointed advisors, and are unaudited. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by John R. Castellano, Interim Chief Financial Officer of ENXP, and its affiliated Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Castellano necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Castellano has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. The Debtors' production, finance, and accounting systems were primarily designed and used to manage and track oil and gas production with a secondary focus on the creation of consolidated and consolidating financial statements. As such, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

### Description of the Cases

On December 7, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under the Bankruptcy Code in the Bankruptcy Court. The Chapter 11 Cases have been consolidated for the purpose of joint administration under Case No. 15-44931. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Each Debtor's fiscal year ends on December 31. All asset information, except where otherwise noted, is as of November 30, 2015. The liability information, except where otherwise noted, is as of the close of business on December 6, 2015. All bank cash balances are as of the Petition Date. All YTD 2015 revenue is reflected as of December 6, 2015.

### Basis of Presentation

For financial reporting purposes, prior to the Petition Date, the Debtors prepared consolidated financial statements that were audited annually. Combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that could be substantially different from financial information regarding ENXP and its subsidiaries that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. ENXP accounts for its oil and gas interests under the full cost method. As such, ENXP has presented its oil and gas interests as real property, net of dispositions, depletion and ceiling test impairments. The fair market value of real and personal property may vary materially from the net book value presented herein.

### Current Market Value and Net Book Value

In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtors. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily ascertainable. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book values as of November 30, 2015, rather than current market values, of the Debtors' assets as of November 30, 2015 and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, potentially materially, from net book value. Additionally, the amount of certain assets and liabilities may be "undetermined," and, thus, ultimate assets and liabilities may differ materially from those stated in the Schedules and Statements.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

**Energy & Exploration Partners, Inc.**
 **Case Number: 15-44931**

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS**

**Joint Interest Billings**

The Debtors hold non-operating working interests in wells under various joint operating agreements, and the Debtors reimburse the operator for their share of the relevant costs, including, but not limited to, production expenses and taxes. The Debtors were authorized to make all payments on account of the foregoing under applicable first-day and second-day orders issued by the Bankruptcy Court (collectively, the "First Day Orders"), and such accrued and payable amounts are not reflected on the Schedules and Statements.

**Amendment**

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

**Confidential or Sensitive Information**

There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. Any alterations will be limited to only what is necessary to protect the Debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing.

**Causes of Action**

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Recharacterization**

The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

**Claim Description**

Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated, or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated", or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

**Unliquidated Claim Amounts**

Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Zero Dollar Amounts**

Amounts listed as zero are either $0, unliquidated or undetermined.

**Undetermined Amounts**

The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Bankruptcy Court Orders**

Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' Chapter 11 Cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, royalty interest owners, and certain other prepetition creditors. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

**Energy & Exploration Partners, Inc.**

 **Case Number: 15-44931**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Valuation

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of November 30, 2015 are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

With respect to certain oil and gas properties for which value is undetermined on Schedule A/B, such properties are tested for impairment based on a ceiling test analysis. The net book value reported for such assets was last tested for potential ceiling test impairment as of September 30, 2015.

### Dates

The information provided herein, except as otherwise noted, represents the asset data of the Debtors as of November 30, 2015 and the liability data of the Debtors as of the close of business on December 6, 2015, except as otherwise noted.

### Specific Notes

These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

### Liabilities

The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

### Excluded Assets and Liabilities

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded. Pursuant to certain Bankruptcy Court orders, the Debtors have been granted authority to pay certain prepetition obligations to, among others, employees, royalty interest owners, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statements.

### Leases

The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.

### Contingent Assets

The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things, (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, (v) indemnities, and (vi) warranties. Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Each Debtor's Schedule A/B, Question 74 contains a listing of these actions.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

**Energy & Exploration Partners, Inc.**

 **Case Number: 15-44931**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Guaranties and Other Secondary Liability Claims

The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "Guaranties") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or E/F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

### Intellectual Property Rights

Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

### Estimates

To prepare and file the Schedules on or around the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

### Fiscal Year

Each Debtor's fiscal year ends on December 31.

### Currency

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

### Property and Equipment

Unless otherwise indicated, owned property and equipment are stated at net book value as of November 30, 2015. The Debtors account for their exploration and production expense using the full cost method of accounting. This method requires a periodic comparison of the cost ceiling to the net capitalized costs of the oil and gas properties. If the capitalized costs exceed the ceiling, a non-cash charge is taken.  Net book value for oil and gas properties includes full cost ceiling test impairments of approximately $724.3 million in addition to accumulated depletion.

The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

### Claims of Third-Party Related Entities

While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.

### Interest in Subsidiaries and Affiliates

ENXP directly or indirectly owns all or part of the subsidiaries and affiliates that are also Debtors. Interests in subsidiaries arise from stock ownership. Each Debtor's Schedule A/B, Question 15 contains a listing of ENXP and its affiliates and includes ownership interests in the related affiliates and partnerships of each corporate affiliate.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

**Energy & Exploration Partners, Inc.**

 **Case Number: 15-44931**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Umbrella Or Master Service Agreements

Contracts listed in the Schedules and Statements may be umbrella or master service agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. These master service agreements have been listed in Schedule G, but do not reflect any decision by the Debtor as to whether or not such agreements are executory in nature.

### Insiders

The Debtors have attempted to include all payments made over the 12 months preceding the Petition Date to any creditor deemed an "insider."  For these purposes, "insider" is defined as (a) directors, (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of ENXP, Inc., (d) Debtor affiliates, and (e) relatives of any of the foregoing (to the extent known by the Debtors).  The listing of a creditor as an "insider," however, is not intended to be nor should be construed as a legal characterization of such creditor as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

### Payments

The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors participated in a consolidated cash management system through which certain payments were made by one entity on behalf of another. Certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity.  The Debtors' intercompany accounts reflect the net position of both the receipts and disbursements received or made on behalf of other Debtors.

### Intercompany Claims and Transfers

Receivables and payables among the Debtors in these cases (each an "Intercompany Receivable" or "Intercompany Payable") are reported in the Schedules. To the extent that a Debtor owes an Intercompany Payable, it is reported on Schedule E/F as a liability of such Debtor. To the extent a Debtor has an Intercompany Receivable, it is reported on Schedule A/B, Question 11 as an asset of such Debtor. While the Debtors have used reasonable efforts to ensure that the proper intercompany balances are attributed to each legal entity, all rights to amend these items on the Schedules and Statements are reserved.

Intercompany transfers can be characterized in many ways. The Debtors reserve all of their rights with respect to the intercompany balances listed in the analysis, including, but not limited to, the appropriate characterization of such intercompany balances and the amounts of such balances, which are still being identified by the Debtors. The Debtors have not made any attempt to analyze the nature, or composition, of these intercompany balances.

The Debtors have listed all Intercompany Payables as unsecured nonpriority claims on Schedule E/F for each applicable Debtor, but reserve their rights, except as otherwise may be agreed to pursuant to a stipulation filed with the Bankruptcy Court, to later change the characterization, classification, categorization, or designation of such claims, including by designating all or any portion of the amounts listed as secured.

### Totals

All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| Part 1: | Income |
|---------|--------|

## 1. Gross Revenue from business

☐ None

| Identify the Beginning and Ending Dates of the Debtor's Fiscal Year, which may be a Calendar Year | | | Sources of Revenue (Check all that apply) | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2015 MM/DD/YYYY | to 12/6/2015 MM/DD/YYYY | ☑ Operating a business <br> ☐ Other _____ | $0 |
| **For prior year:** | From 1/1/2014 MM/DD/YYYY | to 12/31/2014 MM/DD/YYYY | ☑ Operating a business <br> ☐ Other _____ | $0 |
| **For the year before that:** | From 1/1/2013 MM/DD/YYYY | to 12/31/2013 MM/DD/YYYY | ☑ Operating a business <br> ☐ Other _____ | $0 |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**          **15-44931**

| Part 1: | Income |
|---------|--------|

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

|  |  |  | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2015 to 12/6/2015<br>MM/DD/YYYY  MM/DD/YYYY | INTEREST INCOME | $7,665 |
| **For prior year:** | From | 1/1/2014 to 12/31/2014<br>MM/DD/YYYY  MM/DD/YYYY | INTEREST INCOME | $0 |
| **For the year before that:** | From | 1/1/2013 to 12/31/2013<br>MM/DD/YYYY  MM/DD/YYYY | INTEREST INCOME | $0 |

**Energy & Exploration Partners, Inc.**                    **Case Number:**          **15-44931**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- |
| 3.1    NONE | | | ☐ Secured debt<br>☐ Unsecured loan repayment |
| | **TOTAL** | $0 | ☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL** | $0 | |

**Specific Notes**

The payments listed under question 3 exclude transfers or payments to insiders.  For a list of all transfers and payments to insiders made within 90 days of the Petition Date, see question 30 herein.

**Energy & Exploration Partners, Inc.**  **Case Number:** **15-44931**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.1 NONE | | | |
| | TOTAL | $0 | |
| | TOTAL | $0 | |

**Specific Notes**

The payments listed under question 4 exclude transfers or payments that benefited any insiders. For a list of all transfers and payments that benefited any insiders made within one year of the Petition Date, see question 30 herein.

**Energy & Exploration Partners, Inc.**                                    **Case Number:**    **15-44931**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date Action was Taken | Value of Property |
|-----------------------------|----------------------------|-----------------------|-------------------|
| 5.1    NONE | | | $0 |

|  |  | **TOTAL** | **$0** |

**Energy & Exploration Partners, Inc.**                                     **Case Number:**      **15-44931**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of Action Creditor Took | Date Action Taken | Account Number | Amount |
|-----------------------------|-------------------------------------|-------------------|----------------|--------|
| 6.1 NONE | | | | $0 |

|  |  |  | **TOTAL** | **$0** |
|--|--|--|-----------|--------|

**Energy & Exploration Partners, Inc.**                                    **Case Number:**          **15-44931**

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

### 7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity - within 1 year before filing this case.

☑ None

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Address | Status of Case |
|----------------------------------|----------------------|-----------------------------|----------------|
| 7.1    NONE | | | |

**Energy & Exploration Partners, Inc.**                                                                     **Case Number:**          **15-44931**

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's Name and Address | Court Name and Address | Case Title and Number | Date | Description of Property | Value |
|------------------------------|------------------------|-----------------------|------|-------------------------|-------|
| 8.1    NONE | | | | | |

**Energy & Exploration Partners, Inc.**                                  **Case Number:**     **15-44931**

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|---|---|---|---|---|
| 9.1 NONE | | | | |

**Energy & Exploration Partners, Inc.**                    **Case Number:**        **15-44931**

| Part 5: | Certain Losses |
| --- | --- |

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of Property | How Loss Occurred | Amount of Payments Received | Date of Loss | Property Value |
| --- | --- | --- | --- | --- |
|  |  | *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property).* |  |  |
| 10.1   NONE |  |  |  | $0 |
|  |  |  | **TOTAL** | **$0** |

**Energy & Exploration Partners, Inc.**                                   **Case Number:**      **15-44931**

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.1    NONE | | | | | $0 |

**Energy & Exploration Partners, Inc.**  Case Number:  **15-44931**

---

| **Part 6:** | Certain Payments or Transfers |
| --- | --- |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of Trust or Device | Trustee | Describe any Property Transferred | Dates Transfers were Made | Total Amount / Value |
| --- | --- | --- | --- | --- |
| 12.1     NONE | | | | $0 |

**Energy & Exploration Partners, Inc.**　　　　　　　　　　　　　**Case Number:**　　**15-44931**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value |
|---|---|---|---|
| 13. 1　NONE | | | $0 |

|  |  | **TOTAL** | **$0** |
|---|---|---|---|

**Energy & Exploration Partners, Inc.**　　　　　　　　　　　　　　**Case Number:**　　　**15-44931**

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of Occupancy |
|---|---|
| 14.1    100 THROCKMORTON ST. SUITE 1700, FORT WORTH, TX 76102 | From: _7/31/2012_   To: _12/31/2015_ |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| **Part 8:** | Health Care Bankruptcies |
|---|---|

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the Business Operation, Including Type of Services the Debtor Provides | Location Where Patient Records are Maintained (if Different from Facility Address). If Electronic, Identify any Service Provider. | If Debtor Provides Meals and Housing, Number of Patients in Debtor's Care | How are Records Kept? |
|---|---|---|---|---|
| 15.1   NONE | | | | ☐ Electronic ☐ Paper |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| Part 9: | Personally Identifiable Information |
|---------|-----------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.  _____

     Does the debtor have a privacy policy about that information?

     ☑ No

     ☐ Yes

<u>Specific Notes</u>

In the ordinary course of business, the Debtor collects personal information necessary to identify customers and remit payments to vendors and royalty interest owners, such as Social Security numbers, names and address information, and Federal Tax Identification Numbers.  While the Debtor has not adopted an official policy governing the collection, use and disclosure of personal information collected, it is the Debtor's practice to only disclose personal information as required for identification or remittance of payment or as authorized by law.

**Energy & Exploration Partners, Inc.**                           **Case Number:**     **15-44931**

| Part 9: | Personally Identifiable Information |
|---------|-----------------------------------|

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes.  Fill in below:

        Describe: _____     EIN: _____

        Has the plan been terminated?

        ☐ No

        ☐ Yes

**Energy & Exploration Partners, Inc.**                                    **Case Number:**      **15-44931**

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution Name and Address | Last 4 Digits of Acct Number | Type of Account | Date of Closing | Last Balance |
|---|---|---|---|---|---|
| 18.1 | FROST BANK<br>ATTN: TERRI BUCHER<br>777 MAIN STREET , SUITE 500<br>FORT WORTH, TX 76102 | 5956 | MONEY MARKET | 4/15/2015 | $0 |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository Institution Name and Address | Names of Anyone with Access to it and Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|
| 19. 1   NONE | | | ☑ No<br>☐ Yes |

**Energy & Exploration Partners, Inc.**                                      **Case Number:**        **15-44931**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility Name and Address | Names of Anyone with Access to it | Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|---|
| 20. 1    NONE | | | | ☑ No<br>☐ Yes |

**Energy & Exploration Partners, Inc.**                      **Case Number:**        **15-44931**

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|
| 21.1    NONE | | | $0.00 |

**Energy & Exploration Partners, Inc.**                    **Case Number:**        **15-44931**

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Provide details below.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|----------------------------|----------------------------------|----------------------|--------|
| 22. 1    NONE | | | |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**          **15-44931**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23. 1   NONE | | | |

**Energy & Exploration Partners, Inc.**                                                      **Case Number:**        **15-44931**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 24. 1   NONE | | | |

Energy & Exploration Partners, Inc.                                    Case Number:        15-44931

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|---|
| | | | *Do not include SSN or ITIN.* | |
| 25.1 | CHALLENGER ACQUISITIONS GP, LLC P. O. BOX 471428 FORT WORTH, TX 76147-1376 | POTENTIAL MLP AND THE GENERAL PARTNER OF CHALLENGER ACQUISITIONS, LP; WAS OWNED BY ENXP, INC., ITS SOLE MEMBER | N/A | 5/6/2015 - 11/30/15 |
| 25.2 | CHALLENGER ACQUISITIONS GP, LLC CHASE BANK BUILDING 420 THROCKMORTON STREET SUITE 1200 FORT WORTH, TX 76102 | POTENTIAL MLP AND THE GENERAL PARTNER OF CHALLENGER ACQUISITIONS, LP; WAS OWNED BY ENXP, INC., ITS SOLE MEMBER | N/A | 5/6/2015 - 11/30/15 |
| 25.3 | CHALLENGER ACQUISITIONS, LP P. O. BOX 471428 FORT WORTH, TX 76147-1376 | POTENTIAL MLP; WAS 100% OWNED BY ENXP, INC., ITS LIMITED PARTNER | 35-2532383 | 5/6/2015 - 11/30/15 |
| 25.4 | CHALLENGER ACQUISITIONS, LP CHASE BANK BUILDING 420 THROCKMORTON STREET SUITE 1200 FORT WORTH, TX 76102 | POTENTIAL MLP; WAS 100% OWNED BY ENXP, INC., ITS LIMITED PARTNER | 35-2532383 | 5/6/2015 - 11/30/15 |
| 25.5 | ENERGY & EXPLORATION PARTNERS OPERATING GP, LLC 6706 CAMP BOWIE BLVD FORT WORTH, TX 76116 | THE GENERAL PARTNER OF ENXP OPERATING, LP; PREVIOUSLY OWNED BY ENXP, INC. | N/A | 5/18/2011 - |
| 25.6 | ENERGY & EXPLORATION PARTNERS OPERATING GP, LLC P. O. BOX 471428 FORT WORTH, TX 76147-1376 | THE GENERAL PARTNER OF ENXP OPERATING, LP; PREVIOUSLY OWNED BY ENXP, INC. | N/A | 5/18/2011 - |
| 25.7 | ENERGY & EXPLORATION PARTNERS OPERATING GP, LLC CHASE BANK BUILDING 420 THROCKMORTON STREET SUITE 1200 FORT WORTH, TX 76102 | THE GENERAL PARTNER OF ENXP OPERATING, LP; PREVIOUSLY OWNED BY ENXP, INC. | N/A | 5/18/2011 - |
| 25.8 | ENERGY & EXPLORATION PARTNERS OPERATING, LP P. O. BOX 471428 FORT WORTH, TX 76147-1376 | OIL AND GAS DRILLING OPERATOR; PREVIOUSLY OWNED BY ENXP, INC. | 46-0864049 | 6/8/2011 - |
| 25.9 | ENERGY & EXPLORATION PARTNERS OPERATING, LP 6706 CAMP BOWIE BLVD FORT WORTH, TX 76116 | OIL AND GAS DRILLING OPERATOR; PREVIOUSLY OWNED BY ENXP, INC. | 46-0864049 | 6/8/2011 - |

Energy & Exploration Partners, Inc.                                    Case Number:        15-44931

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN.* | |
| 25.10 ENERGY & EXPLORATION PARTNERS OPERATING, LP<br>CHASE BANK BUILDING<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | OIL AND GAS DRILLING OPERATOR; PREVIOUSLY OWNED BY ENXP, INC. | 46-0864049 | 6/8/2011 - |
| 25.11 ENERGY & EXPLORATION PARTNERS, LLC<br>CHASE BANK BUILDING<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | OIL AND GAS ASSETS; OWNED BY ENXP, INC. | 27-1788621 | 2/14/2006 - |
| 25.12 ENERGY & EXPLORATION PARTNERS, LLC<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | OIL AND GAS ASSETS; OWNED BY ENXP, INC. | 27-1788621 | 2/14/2006 - |
| 25.13 ENERGY & EXPLORATION PARTNERS, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | OIL AND GAS ASSETS; OWNED BY ENXP, INC. | 27-1788621 | 2/14/2006 - |
| 25.14 H2 MIDSTREAM<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | OIL AND GAS PIPELINE ASSETS; WAS OWNED BY ENXP, INC. | 30-0808138 | 1/27/2014 - 11/25/15 |
| 25.15 H2 MIDSTREAM<br>CHASE BANK BUILDING<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | OIL AND GAS PIPELINE ASSETS; WAS OWNED BY ENXP, INC. | 30-0808138 | 1/27/2014 - 11/25/15 |
| 25.16 INDY EXPLORATION I, LLC<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE NIOBRARA SHALE FORMATION LOCATED IN THE DJ BASIN OF N. COLORADO AND S.E. WYOMING; THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-5548174 | 5/26/2011 - 09/10/12 |

Energy & Exploration Partners, Inc.                                    **Case Number:**      **15-44931**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN.* | |
| 25. 17  INDY EXPLORATION I, LLC<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE NIOBRARA SHALE FORMATION LOCATED IN THE DJ BASIN OF N. COLORADO AND S.E. WYOMING; THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-5548174 | 5/26/2011  -   09/10/12 |
| 25. 18  INDY EXPLORATION I, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE NIOBRARA SHALE FORMATION LOCATED IN THE DJ BASIN OF N. COLORADO AND S.E. WYOMING; THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-5548174 | 5/26/2011  -   09/10/12 |
| 25. 19  INDY EXPLORATION II, LLC<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE EAGLE BINE SHALE FORMATION IN THE EAGLE FORD-WOODBINE PLAY IN THE EAST TEXAS BASIN;  THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-2531913 | 6/13/2011  -   09/10/12 |
| 25. 20  INDY EXPLORATION II, LLC<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE EAGLE BINE SHALE FORMATION IN THE EAGLE FORD-WOODBINE PLAY IN THE EAST TEXAS BASIN;  THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-2531913 | 6/13/2011  -   09/10/12 |

Energy & Exploration Partners, Inc.                                    Case Number:        15-44931

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN.* | |
| 25. 21  INDY EXPLORATION II, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE EAGLE BINE SHALE FORMATION IN THE EAGLE FORD-WOODBINE PLAY IN THE EAST TEXAS BASIN;  THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-2531913 | 6/13/2011  -    09/10/12 |
| 25. 22  INDY EXPLORATION III, LLC<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE WOLFBERRY SHALE FORMATION IN THE WOLFBERRY PLAY-MIDLAND BASIN IN TEXAS; THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-2531991 | 6/13/2011  -    09/10/12 |
| 25. 23  INDY EXPLORATION III, LLC<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE WOLFBERRY SHALE FORMATION IN THE WOLFBERRY PLAY-MIDLAND BASIN IN TEXAS; THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-2531991 | 6/13/2011  -    09/10/12 |
| 25. 24  INDY EXPLORATION III, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | TO ACQUIRE AND HOLD AN INTEREST IN OIL AND GAS LEASES IN THE WOLFBERRY SHALE FORMATION IN THE WOLFBERRY PLAY-MIDLAND BASIN IN TEXAS; THIS ENTITY WAS A WHOLLY-OWNED SUBSIDIARY OF NA SHALE INV. FUND, LP, WHICH WAS PREVIOUSLY OWNED BY ENXP, INC. | 45-2531991 | 6/13/2011  -    09/10/12 |

Energy & Exploration Partners, Inc.                                                  Case Number:        15-44931

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

## 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|---|
| | | | *Do not include SSN or ITIN.* | |
| 25.25 | NORTH AMERICAN SHALE GP, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | TO ACQUIRE AND HOLD A GENERAL PARTNERSHIP INTEREST IN NORTH AMERICAN SHALE INVESTMENT FUND GP, LP; PREVIOUSLY OWNED BY ENXP, INC. | 27-4941984 | 2/11/2011 - 09/10/12 |
| 25.26 | NORTH AMERICAN SHALE GP, LLC<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | TO ACQUIRE AND HOLD A GENERAL PARTNERSHIP INTEREST IN NORTH AMERICAN SHALE INVESTMENT FUND GP, LP; PREVIOUSLY OWNED BY ENXP, INC. | 27-4941984 | 2/11/2011 - 09/10/12 |
| 25.27 | NORTH AMERICAN SHALE GP, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | TO ACQUIRE AND HOLD A GENERAL PARTNERSHIP INTEREST IN NORTH AMERICAN SHALE INVESTMENT FUND GP, LP; PREVIOUSLY OWNED BY ENXP, LLC | 27-4941984 | 2/11/2011 - 09/10/12 |
| 25.28 | NORTH AMERICAN SHALE GP, LLC<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | TO ACQUIRE AND HOLD A GENERAL PARTNERSHIP INTEREST IN NORTH AMERICAN SHALE INVESTMENT FUND GP, LP; PREVIOUSLY OWNED BY ENXP, INC. | 27-4941984 | 2/11/2011 - 09/10/12 |
| 25.29 | NORTH AMERICAN SHALE INVESTMENT ADVISORS, LLC<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | TO OPERATE AS A REGISTERED INVESTMENT ADVISER IN TEXAS; PREVIOUSLY OWNED BY ENXP, INC. | 27-4945007 | 2/11/2011 - 09/10/12 |
| 25.30 | NORTH AMERICAN SHALE INVESTMENT ADVISORS, LLC<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | TO OPERATE AS A REGISTERED INVESTMENT ADVISER IN TEXAS; PREVIOUSLY OWNED BY ENXP, INC. | 27-4945007 | 2/11/2011 - 09/10/12 |

Energy & Exploration Partners, Inc.                                    **Case Number:**        **15-44931**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|---|
| | | | *Do not include SSN or ITIN.* | |
| 25.31 | NORTH AMERICAN SHALE INVESTMENT ADVISORS, LLC<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | TO OPERATE AS A REGISTERED INVESTMENT ADVISER IN TEXAS; PREVIOUSLY OWNED BY ENXP, INC. | 27-4945007 | 2/11/2011 - 09/10/12 |
| 25.32 | NORTH AMERICAN SHALE INVESTMENT FUND GP, LP<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | OIL AND GAS ACTIVITIES; PREVIOUSLY OWNED BY ENXP, INC. | 27-4946520 | 2/11/2011 - 09/10/12 |
| 25.33 | NORTH AMERICAN SHALE INVESTMENT FUND GP, LP<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | OIL AND GAS ACTIVITIES; PREVIOUSLY OWNED BY ENXP, INC. | 27-4946520 | 2/11/2011 - 09/10/12 |
| 25.34 | NORTH AMERICAN SHALE INVESTMENT FUND GP, LP<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | OIL AND GAS ACTIVITIES; PREVIOUSLY OWNED BY ENXP, INC. | 27-4946520 | 2/11/2011 - 09/10/12 |
| 25.35 | NORTH AMERICAN SHALE INVESTMENT FUND, LP<br>6706 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | OIL AND GAS ACTIVITIES; PREVIOUSLY OWNED BY ENXP, INC. | 35-2401818 | 2/14/2011 - 09/10/12 |
| 25.36 | NORTH AMERICAN SHALE INVESTMENT FUND, LP<br>P. O. BOX 471428<br>FORT WORTH, TX 76147-1376 | OIL AND GAS ACTIVITIES; PREVIOUSLY OWNED BY ENXP, INC. | 35-2401818 | 2/14/2011 - 09/10/12 |
| 25.37 | NORTH AMERICAN SHALE INVESTMENT FUND, LP<br>TWO CITY PLACE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | OIL AND GAS ACTIVITIES; PREVIOUSLY OWNED BY ENXP, INC. | 35-2401818 | 2/14/2011 - 09/10/12 |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | | Dates of Service | |
|---|---|---|---|
| 26a.1 | JIM HOWE - CHIEF ACCOUNTING OFFICER<br>100 THROCKMORTON ST. SUITE 1700<br>FORT WORTH, TX 76102 | From: 9/30/2013 | To: 11/30/2015 |

**Energy & Exploration Partners, Inc.**                                  **Case Number:**         **15-44931**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**26. Books, records, and financial statements**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | Dates of Service | | | |
|---|---|---|---|---|
| 26b. 1  GRANT THORNTON, LLP<br>33562 TREASURY CENTER<br>CHICAGO, IL 60694 | From: | 10/1/2015 | To: | 10/30/2015 |
| 26b. 2  HEIN AND ASSOCIATES, LLP<br>13727 NOEL ROAD, SUITE 300<br>DALLAS, TX 75240 | From: | 1/1/2013 | To: | |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**          **15-44931**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

### 26. Books, records, and financial statements

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and Address | If any Books of Account and Records are Unavailable, Explain Why |
|---|---|
| 26c.1   JOHN R. CASTELLANO<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | |

Energy & Exploration Partners, Inc.                                    Case Number:          15-44931

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

## 26. Books, records, and financial statements

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and Address |
|---|
| 26d. 1   CREDIT SUISSE, AGENCY MANAGER<br>ELEVEN MADISON AVENUE<br>NEW YORK, NY 10010 |
| 26d. 2   HIGHBRIDGE PRINCIPAL STRATEGIES LLC<br>40 WEST 7TH STREET<br>NEW YORK, NY 10019 |
| 26d. 3   SECURITIES AND EXCHANGE COMMISSION<br>DIVISION OF CORPORATION FINANCE<br>100F STREET, N.E.<br>WASHINGTON, DC 20549 |
| 26d. 4   U.S. BANK GLOBAL CORPORATE TRUST<br>60 LIVINGSTON AVE<br>ST. PAUL, MN 55107 |

**Specific Notes**

Prior to these Chapter 11 Cases, the Debtor periodically issued quarterly financial statements to the Securities and Exchange Commission (the "SEC"), U.S. Bank, National Association and Credit Suisse AG Cayman Islands Branch, as well as monthly financial statements to Highbridge Principal Strategies, LLC ("Highbridge"). Additionally, the Debtor periodically issues financial statements to certain vendors for credit evaluation purposes. The Debtor ceased issuing financial statements to both Highbridge and the SEC in July 2014 and after July 2015, respectively.

**Energy & Exploration Partners, Inc.**                     Case Number:          **15-44931**

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

---

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the Person who Supervised the Taking of the Inventory | Name and Address of the Person who has Possession of Inventory Records | Date of Inventory | Dollar Amount | Basis |
|---|---|---|---|---|
| 27. 1  NONE | | | | |

**Energy & Exploration Partners, Inc.**                                              **Case Number:**          **15-44931**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Positition and Nature of any Interest | Percent of Interest, if any |
|---|---|---|
| 28. 1  CHAD GALLOWAY<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | SENIOR VICE PRESIDENT - LAND AND OPERATIONS | 0.58% |
| 28. 2  HUNT PETTIT<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | PRESIDENT AND CHIEF EXECUTIVE OFFICER | 0.00% |
| 28. 3  JOHN R. CASTELLANO<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | INTERIM CHIEF FINANCIAL OFFICER | 0.00% |
| 28. 4  STEVEN WILSON<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | SENIOR VICE PRESIDENT - GEOPHYSICS AND GEOLOGICAL ENGINEERING | 0.29% |
| 28. 5  TOM D. MCNUTT<br>420 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL AND SECRETARY | 1.17% |

**Specific Notes**

The percentage of interests disclosed in question 28 reflect only individual interests. Although Mr. Pettit does not own any interests in the Debtor individually, Mr. Pettit, collectively with affiliated trusts in his name and his relatives, owns a 33.91% interest in the Debtor on a fully diluted basis.

**Energy & Exploration Partners, Inc.**                                  **Case Number:**        **15-44931**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| | Name and Address | Position and Nature of Interest | Period During Which Position Was Held |
|---|---|---|---|
| 29. 1 | BRIAN NELSON<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER | From: 8/3/2012  To: 12/6/2015 |
| 29. 2 | DAVID L. PATTY, JR.<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT-LAND AND BUSINESS DEVELOPMENT | From: 8/3/2012  To: 12/6/2015 |
| 29. 3 | DON DIMITRIEVICH<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | WARRANT HOLDER | From: 4/5/2013  To: 1/21/2015 |
| 29. 4 | JIM HOWE<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT AND CHIEF ACCOUNTING OFFICER | From: 10/1/2013  To: 11/30/2015 |
| 29. 5 | JOHN RICHARDS<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT AND CHIEF OPERATING OFFICER | From: 5/1/2013  To: 12/6/2015 |
| 29. 6 | LAWRENCE B. VAN INGEN, III<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT-GEOLOGY | From: 8/3/2012  To: 4/2/2015 |
| 29. 7 | ROBERT G. KARPMAN<br>100 THROCKMORTON STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | FORMER EXECUTIVE VICE PRESIDENT-BUSINESS OPERATIONS AND DEVLEOPMENT | From: 8/3/2012  To: 11/30/2015 |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.1    NONE | | | |
| **TOTAL** | **$0** | | |
| **TOTAL** | **$0** | | |

**Specific Notes**

Payments, distributions and withdrawals credited or given to insiders listed under this question 30 include: (a) transfers and payments to insiders made within 90 days of the Petition Date that would otherwise be included in question 3 herein; and (b) transfers and payments that benefited any insider made within one year of the Petition Date that would otherwise be included in question 4 herein. Payroll to insiders is listed in Debtor Energy & Exploration Partners, LLC ("ENXP, LLC"), even though the individual payees may be insiders of another Debtor, because such payees are paid through ENXP, LLC.

**Energy & Exploration Partners, Inc.**                                          **Case Number:**        **15-44931**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of Parent Corporation | Employer Identification Number of the Parent Corporation |
|---|---|
| 31. 1   ENERGY & EXPLORATION PARTNERS, INC. | EIN:   80-0839466 |


**Specific Notes**

The Debtor is party to a consolidated tax group with Debtor subsidiaries Energy & Exploration Partners, LLC ("ENXP LLC") Energy & Exploration Partners Operating GP, LLC ("ENXP GP LLC") and Energy & Exploration Partners Operating, LP ("ENXP Operating"). ENXP GP LLC and ENXP Operating are treated as disregarded entities for federal tax purposes and are considered a division of ENXP LLC for federal tax purposes.  The Debtor files consolidated tax returns with ENXP LLC.

**Energy & Exploration Partners, Inc.**                                         **Case Number:**        **15-44931**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of Pension Fund | Employer Identification Number of the Pension Fund |
|----------------------|----------------------------------------------------|
| 32. 1    NONE | EIN: |

**Energy & Exploration Partners, Inc.**                                    **Case Number:**        **15-44931**

| Part 14: | Signature and Declaration |
|---|---|

Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a resonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.


**Executed on:**        February 3, 2016


**Signature:**                                            John R. Castellano, Interim Chief Financial Officer
                                                         **Name and Title**


Are additional pages to the Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

☐ No

☒ Yes