Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net

ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENERGY & EXPLORATION PARTNERS LLC, | § § | CASE NO. 15-44931-RFN-11 |
| DEBTOR, | § § | |
| | § | |
| FORD MOTOR CREDIT COMPANY LLC, | § | |
| MOVANT, | § § | |
| | § | |
| VS. | § § | A Hearing on the Motion for Relief from the Automatic Stay |
| ENERGY & EXPLORATION PARTNERS LLC, | § § | or, in the Alternative, Request for Adequate Protection set: |
| RESPONDENT. | § | **FEBRUARY 24, 2016 AT 9:30 A.M.** |

## NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

    This is to inform you that a hearing on the above referenced Motion has been set for hearing on February 24, 2016 at 9:30 a.m., before the Honorable Russell F. Nelms, 2nd Floor, United States Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

    DATED February 5, 2016.

    Respectfully submitted,
      /s/    Stephen G. Wilcox
    Stephen G. Wilcox
    State Bar Number 21454300
    WILCOX LAW, PLLC
    P.O. Box 201849
    Arlington, TX 76006
    (817) 870-1694 Telephone
    swilcox@wilcoxlaw.net

ATTORNEY FOR FORD MOTOR
CREDIT COMPANY LLC

**NOTICE**

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Hearing was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

Energy & Exploration Partners LLC
420 Throckmorton Street, Suite 1200
Fort Worth, TX 76102

and all parties listed on the attached mailing matrix;

and by ELECTRONIC FILING on:

William Wood III
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242

on February 5, 2016

                                                     /s/ Stephen G. Wilcox
                                                     Stephen G. Wilcox

1702/35081/402706

| | | |
|---|---|---|
| Stephen M. Pezanosky<br>Haynes and Boone, LLP<br>301 Commerce Street, Suite 2600<br>Fort Worth, TX 76102 | Charles A. Beckham, Jr./Henry Flores<br>Kelli M. Stephenson<br>Haynes and Boone LLP<br>1221 Mckinney, Suite 2100<br>Houston TX 77010 | Paul H. Zumbro<br>Cravath, Swaine & Moore, LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| Attn: Charles R. Gibbs/david F. Staber<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201 | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ira S. Dizengoff/abid Qureshi<br>One Bryant Park<br>New York, New York 10036 | Akin Gump Strauss Hauer & Feld LP<br>Attn: Scott L. Alberino/Kevin M. Eide<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |
| David A. Zdunkewicz<br>Andrews Kurth LLP<br>600 Travis Street, Suite 4200<br>Houston, Texas 77002 | Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1700<br>Houston, Texas 77002-2784 | Stephen A. Youngman<br>Weil, Gotshal & Manges LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas 75201 |
| Matthew S. Barr<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | John R. Lane, Jr./Matthew J. Countryman/Karis H. Edeen<br>Lane & Countryman<br>Attorneys at Law<br>8526 N. New Braunfels<br>San Antonio, Texas 78217 | Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 |
| Eric M. English/Amy L. Tellegen<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 | Jeff Carruth<br>State Bar No. 24001846<br>3030 Matlock Rd., Suite 201<br>Arlington, Texas 76015 | Robert M. Hirsh, Esq./George Angelich,<br>Esq./Arent Fox, LLP<br>1675 Broadway<br>New York, NY 10019 |
| Michael D. Warner, Esq.<br>Cole Schotz P.C.<br>301 Commerce Street, Suite 1700<br>Fort Worth, Texas 76102 | John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Kevin M. Maraist<br>Anderson Lehrman Barre & Maraist, LLP<br>Gaslight Square<br>1001 Third Street, Ste. 1<br>Corpus Christi, Texas 78404 |
| Stephen D. Lerner<br>Squire Patton Boggs (US) LLP<br>221 E. Fourth St., Suite 2900<br>Cincinnati, OH 45202 | John T. Banks<br>Perdue, Brandon, Fielder, Collins & Mott, L..L.P.<br>3301 Northland Drive, Suite 505<br>Austin, TX 78731 | Nicholas S. Pappas<br>Adrienne N. Wall<br>Bruner & Pappas, L.L.P.<br>3700 West 7th Street<br>Fort Worth, TX 76107 |
| Jason R. Searcy<br>Searcy & Searcy, P.c.<br>P. O. Box 3929<br>Longview, Texas 75606 | Patricia Williams Prewitt<br>Law Office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, Texas 77868 | U.S. Bank, National Association<br>c/o Stephen D. Lerner<br>Squire Patton Boggs (US) LLP<br>221 E. Fourth St., Suite 2900<br>Cincinnati, OH 45202 |
| Grimes Central Appraisal District<br>c/o Lee Gordon<br>Mccreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, Texas 78680 | Gruber Hurst Elrod Johansen Hail Shank LLP<br>c/o Samuel Stricklin/ Laura Fontaine/ Machir Stull<br>Gruber Hurst Elrod Johansen Hail Shank LLP<br>1445 Ross Avenue, Suite 2500<br>Dallas, Texas 75202 | New Gulf Resources, LLC<br>c/o James Prince<br>Baker Botts L.L.P.<br>2001 Ross Ave.<br>Dallas, TX 75201-2980 |
| US Bank National Association<br>13737 Noel Road, Suite 800<br>Dallas, TX 75240<br>Attn: Israel Lugo | Chesapeake Exploration, L.L.C.<br>6100 North Western Avenue<br>Oklahoma City, OK 73118<br>Attn: Douglas J. Jacobson | Rr Donnelley<br>3500 Maple Avenue, Suite 800<br>Dallas, TX 75373<br>Attn: Lee Anne Sexton |

| | | |
|---|---|---|
| Faulk Barchus, PLLC<br>800 Bering Drive, Suite 400<br>Houston, TX 77057 | Ernst & Young LLP<br>200 Plaza Drive<br>Secaucus, NJ 07094<br>Attn: Chris Lallo and Howard Tucker | Petrobeacon<br>Technology Ltd<br>119-14th Street Nw, Suite 400<br>Calgary, AB T2n 1z6<br>Attn: Terri |
| At Solutions, Inc.<br>801 Cherry St., Ste LLG 50 Mailbox 3<br>Fort Worth, TX 76102<br>Attn: Joyce Teters | Dowell Pham<br>Harrison, LLP<br>505 Pecan St., Suite 101<br>Fort Worth, TX 76102 | Intralinks, Inc<br>P.O. Box 392134<br>Pittsburgh, PA 15251-9134 |
| Air Conditioning Innovative Solutions, Inc.<br>1028 N. McDonald<br>Mckinney, TX 75069<br>Attn: Jennifer Rodriquez | The Whitney Smith Company, Inc.<br>301 Commerce Street, Suite 1950<br>Fort Worth, TX 76102 | Platinum Parking<br>2001 Bryan Street, Suite 1550<br>Dallas, TX 75201 |
| Enercom, Inc.<br>800 18th Street, Suite 200<br>Denver, Co 80202<br>Attn: Heather Boelter | Michael Kelly<br>P.O. Box 1311<br>Odessa, Texas 79760-1311 | |