Eric. M. English  
State Bar No. 24062714  
Amy L. Tellegen  
State Bar No. 24083954  
Porter & Hedges, L.L.P.  
1000 Main St., 26th Floor  
Houston, TX  77002  
Telephone: (713) 226-6000  
Facsimile: (713) 226-1331  

*Counsel for Trinity River Midstream Partners, LLC*

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF TEXAS  
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENERGY & EXPLORATION PARTNERS, INC.,[1] et al. | Case No. 15-44931-rfn-11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**
[Relates to Doc. No.377]

**PLEASE TAKE NOTICE** that a hearing on Trinity River Midstream Partners, LLC's Motion For Recoupment or in the Alternative, Motion for Relief from the Automatic Stay (the "Motion") has been set for **March 1, 2016 at 9:30 a.m. (Central Time),** before the Honorable Russell F. Nelms, 2nd Floor, United States Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

**PLEASE TAKE FURTHER NOTICE THAT** if you object to the relief requested in the Motion, you must respond specifically answering each paragraph of the Motion. The response shall include a detailed and comprehensive statement as to how the movant can be

---

[1] The Debtors in these chapter 11 cases are: Energy & Exploration Partners, Inc. (9466); Energy & Exploration Partners, LLC (8621); Energy & Exploration Partners Operating GP, LLC (4266); and Energy & Exploration Partners Operating, LP (4049). The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: Energy & Exploration Partners, 420 Throckmorton St., Suite 1200, Fort Worth, TX 76102.

5276904v1

"adequately protected" if the stay is to be continued. Any response shall be in writing and filed with the clerk of the United States Bankruptcy Court at 501 west 10th street, Fort Worth, Texas, within fourteen (14) days from the service of the motion. You must serve a copy of your response on the person who sent you the notice and any appointed trustee.

DATED: February 11, 2016

/s/ Eric. M. English
Eric. M. English
State Bar No. 24062714
Amy L. Tellegen
State Bar No. 24083954
Porter & Hedges, L.L.P.
1000 Main St., 26th Floor
Houston, TX  77002
Telephone:  (713) 226-6000
Facsimile:   (713) 226-1331

*Counsel for Trinity River Midstream Partners*

## NOTICE

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded as set forth on the service list attached hereto as **Exhibit A**, as well as to all registered ECF users appearing in the case on February 11, 2016.

/s/ Amy L. Tellegen
Amy L. Tellegen

5276904v1