Michael D. Warner, Esq. (TX Bar No. 00792304)
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Tel:     (817) 810-5250
Fax:    (817) 810-5255
Email:  mwarner@coleschotz.com

Robert M. Hirsh, Esq. *(*Admitted *Pro Hac Vice)*
George Angelich, Esq. (Admitted *Pro Hac Vice*)
**ARENT FOX, LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Tel:     (212) 484-3900
Fax:    (212) 484-3990
Email:  robert.hirsh@arentfox.com
Email:  george.angelich@arentfox.com

*Counsel for the Creditor Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re<br><br>Energy & Exploration Partners, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-44931 (ELM)<br><br>(Jointly Administered) |

**NOTICE OF CANCELATION OF HEARING ON**
**CREDITOR TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS,**
**SOLELY AS TO THE CLAIM OF HAROLD L. METZLER (CLAIM NO. 350)**

**PLEASE TAKE NOTICE** that on December 7, 2018, the Creditor Trust for Energy & Exploration Partners, Inc. (the "Creditor Trust"), through Peter Kravitz, as Creditor Trustee, by and through its undersigned counsel filed the following in connection with these chapter 11 cases:

- the *Seventh Omnibus Objection to Claims (Insufficient Documentation Claims) (No Liability Claims) (Amended and Superseded Claims) (Duplicative Claims) (Late*

---

[1] The Debtors in these chapter 11 cases are: Energy & Exploration Partners, LLC (8621); Energy & Exploration Partners Operating GP, LLC (4266); and Energy & Exploration Partners Operating, LP (4049). The Reorganized Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: Energy & Exploration Partners, 420 Throckmorton St., Suite 1200, Fort Worth, TX 76102.

*Filed Claims) (No Amount Claims)* [Docket. No. 1140] (the "Seventh Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that the hearing set to be heard on May 20, 2019, at 1:30 p.m., solely as to the objections to the claim of Harold L. Metzler (Claim No. 350), has been canceled. The foregoing cancelation is without prejudice to the Parties rights to reset the foregoing matter for future hearing.

Dated: May 16, 2019

/s/ *Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
**COLE SCHOTZ, P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Tel.: (817) 810-5250
Fax.: (817) 810-5255
Email: mwarner@coleschotz.com

And

Robert M. Hirsh, Esq. *(Admitted Pro Hac Vice)*
George Angelich, Esq. (Admitted *Pro Hac Vice*)
**ARENT FOX, LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
Email: robert.hirsh@arentfox.com
Email: george.angelich@arentfox.com

*Counsel for the Creditor Trust*