United States Bankruptcy Court

Northern District of Texas

In re: Energy & Exploration Partners, Inc.     Chapter 11

Case No. 15-44931

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

        PLEASE TAKE NOTICE that Horizon Mud Co., Inc., a creditor in the cases of the above-captioned debtor ("Debtor"), has changed its address and directs the Debtor and counsel for the Debtor (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtor's schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the new address set forth below, effect as of the date hereof.

Former Address
Horizon Mud Co., Inc.
500 W. Wall Street, Suite 200
Midland, TX 79701

New Address
Horizon Mud Co., Inc.
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Horizon Mud Co., Inc.

By: _/s/ Luke Blackwell_____

Name: Luke Blackwell

Title: Chief Financial Officer

Date: August 16, 2019